IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSHUA MASSIATE-REYES | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: 5:17-cv-553 |
| | § | |
| ANTHONY WEYNE | § | |
| AND WEB INDUSTRIES, LLC | § | |

## **STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is JOSHUA MASSIATE-REYES; Defendants are ANTHONY WEYNE and WEB INDUSTRIES, LLC.

2. On April 25, 2017, Plaintiff sued Defendants.

3. Plaintiff moves to dismiss the suit.

4. Defendants, who have served an answer, agree to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is without prejudice.

        Respectfully submitted,

        **GENE TOSCANO, INC.**

BY:   */s/ E. David Martinez*
       E. DAVID MARTINEZ
       State Bar No.: 24065686
       846 Culebra Road, Suite 104
       San Antonio, Texas 78201
       Office: (210) 732-6091
       Fax:    (210) 735-4167
       E-mail: EMartinez@genetoscano.com
       E-service: Genetoscano@genetoscano.com
       **ATTORNEY FOR PLAINTIFF**

By:   */s/ William D. Abbott*
       Les Pickett (Lead Counsel)
         State Bar No. 15980520
         lpickett@gallowaylawfirm.com
       William D. Abbott
         State Bar No. 24087069
         wabbott@gallowaylawfirm.com
       GALLOWAY, JOHNSON, TOMPKINS,
         BURR & SMITH
       1301 McKinney Suite 1400
       Houston, Texas 77010
       (713) 599-0700 – Telephone
       (713) 599-0777 – Facsimile

       **ATTORNEYS FOR DEFENDANTS**